## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| BRIAN W.JONES., ASSIGNEE OF WILSON C. FOX | : | No. 48 WAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| JANICE MCGREEVEY, ADMINISTRATRIX OF THE ESTATE OF DANIEL MCGREEVEY,  JANICE MCGREEVY, SNOWDEN CAPITAL ADVISORS LLC., ALSO KNOWN AS SNOWDEN LANE PARTNERS, PERSHING LLC, BANK OF NEW YORK MELLON NA, ALSO KNOWN AS BNY MELLON | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: JANICE MCGREEVEY, ADMINISTRATRIX OF THE ESTATE OF DANIEL MCGREEVEY | : | |
| | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.